IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TYRE T. WATKINS,            )
                            )
    Plaintiff,              )
                            )
                            )       CIVIL ACTION NO.
    v.                      )        2:10cv286-MHT
                            )             (WO)
THOMAS BAILEY, et al.,      )
                            )
    Defendants.             )


TYRE T. WATKINS,            )
                            )
    Plaintiff,               )
                            )
                            )       CIVIL ACTION NO.
    v.                      )        2:10cv475-MHT
                            )
THOMAS BAILEY, et al.,      )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. §, plaintiff Tyre T. Watkins, a state inmate, filed these two consolidated lawsuits claiming that defendants Thomas Bailey, Lester Grimsley, Steven Canty, Christopher Kincey, Randy Daniels, Joseph Whitehead, and Larry Peavy used excessive force against him. This lawsuit is now before the court on the

recommendation of the United States Magistrate Judge that the motion for summary judgment filed by defendants Bailey, Grimsley, Canty, Kincey, Daniels, Whitehead, and Peavy should be granted in part and denied in part. There are no objections to the recommendation.  After an independent and de novo review of the file, the court concludes that the magistrate judge's recommendation should be adopted.

   An appropriate judgment will be entered.

   DONE, this the 29th day of November, 2012.


               /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**